UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KELSEY DRU GLEGHORN | Case No. 17-cv-02157 NC (PR) |
|---|---|
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| SAHIR NASEER, M.D., et al., | |
| Defendants. | |

Plaintiff, a California state inmate proceeding *pro se*, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred at the California Health Care Facility ("CHCF"). The Defendants whom Plaintiff names are located at CHCF. CHCF is located with the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Eastern District of California, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. In view of the transfer, the Court will not rule upon Plaintiff's motion. Dkt. No. 2. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: May 22, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-02157 NC (PR)
ORDER OF TRANSFER